# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN OLAGUES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-16-1391-R |
| | ) |
| ROBERT LAWLER, JASON | ) |
| PIGOTT, JOHN CAPCHINSKE | ) |
| And CHESAPEAKE ENERGY | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court pursuant to Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(2). Doc. No. 5. Plaintiff's Motion is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of December, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE